905 A.2d 914

**Darrin WHITE, Appellant**

v.

**Unit Manager Lori PRINKEY and the Pennsylvania Board of Probation and Parole, Appellees.**

Supreme Court of Pennsylvania.

Aug. 21, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of August, 2006, the order of the Commonwealth Court is AFFIRMED.